# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | Case Number 3:17-PO-0091 and 3:17-po-0120 |
| -vs- | : | Magistrate Judge Michael J. Newman |
| TODD M. NAGY, | : | |
| Defendant. | : | |

## ORDER OF DISMISSAL

Upon the Government's oral motion to Dismiss, the above-referenced cases are hereby DISMISSED.

July 27, 2017                                  s/Michael J. Newman

                                                          Michael J. Newman
                                                   United States Magistrate Judge